

**U.S. Department of Justice**

*United States Attorney's Office*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 4, 2017

VIA ECF

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. State of New York, 13-cv-4165 (NGG)
                O'Toole et al. v. Cuomo et al., 13-cv-4166 (NGG)

Dear Judge Garaufis:

      On behalf of all parties to the above referenced actions, the United States respectfully submits the attached proposed Stipulation and Order addressing the issues raised during the Court's March 22, 2017 hearing. Among other things, the parties ask the Court to so order a Second Amended Stipulation and Order of Settlement (attached) which omits section O.1 of the January 30, 2014 Amended Stipulation and Order of Settlement, and cancel the scheduled May 17, 2017 hearing and July 10, 2017 trial date.

      The parties are available, as always, to answer any questions the Court may have.

Respectfully Submitted,

BRIDGET M. ROHDE
Acting United States Attorney

By:        /s/                                        /s/
       Michael J. Goldberger                  Eliza Dermody
       Chief of Civil Rights, Civil Division    Jennifer Bronson
       United States Attorney's Office         Trial Attorneys
       Eastern District of New York            Disability Rights Section
       271 Cadman Plaza East                   Civil Rights Division
       Brooklyn, New York 11201             U.S. Department of Justice
       (718) 254-6052                            (202) 305-0463
       Michael.Goldberger@usdoj.gov     Eliza.Dermody@usdoj.gov
                                                    Jennifer.Bronson2@usdoj.gov

Cc: All parties (via ECF)