UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>STATE OF NEW YORK,<br><br>　　　　　　Defendant. | Civil Action No. 13-CV-4165 (NGG) |
| RAYMOND O'TOOLE, ILONA SPIEGEL, and STEVEN FARRELL, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>ANDREW M. CUOMO, in his official capacity as Governor of the State of New York, NIRAV R. SHAH, in his official capacity as Commissioner of the New York State Department of Health, KRISTIN M. WOODLOCK, in her official capacity as Acting Commissioner of the New York State Office of Mental Health, THE NEW YORK STATE DEPARTMENT OF HEALTH, and THE NEW YORK STATE OFFICE OF MENTAL HEALTH,<br><br>　　　　　　Defendants. | Civil Action No. 13-CV-4166 (NGG) |

**STIPULATION AND ORDER TO EXTEND SECOND AMENDED STIPULATION OF SETTLEMENT AND SUPPLEMENT TO SECOND AMENDED STIPULATION**

**WHEREAS**, the Parties in the above-captioned actions entered into a Stipulation and Order of Settlement on July 23, 2013, an Amended Stipulation and Order of Settlement on January 30, 2014, a Second Amended Stipulation and Order of Settlement on May 4,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

2017 (the "Agreement"), and a Supplement to Second Amended Stipulation and Order of Settlement on March 8, 2018 (the "Supplement") and;

**WHEREAS**, the Supplement incorporated the Second Amended Stipulation and Order of Settlement by reference; and

**WHEREAS,** the Supplement is incorporated by reference herein in its entirety, except for the modifications to the terms and conditions of the Supplement to which the Parties have agreed, specifically set forth below;

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, that the following terms and conditions supplement, or, where specifically noted, modify the terms and conditions set forth in the Supplement:

1. Section H.2 of the Supplement is hereby amended and replaced, in its entirety, as follows:

> The Court's jurisdiction to ensure compliance with the Agreement and this Supplement shall terminate on December 31, 2023 if, as of that date, the State has transitioned substantially all eligible NYC Adult Home Residents who are appropriate to be transitioned and has substantially complied with its other obligations as set forth in the Agreement and this Supplement. Any violation that has subsequently been cured by providing NYC Adult Home Residents with the services the State is obligated to provide under the Agreement and this Supplement will not prevent termination of the Court's jurisdiction over the Agreement and this Supplement.

2. Section H.3 of the Supplement is hereby amended and replaced, in its entirety, as follows:

> The Parties may agree to jointly ask the Court to terminate the Agreement and this Supplement earlier than December 31, 2023.

3. Section H.4 of the Supplement is hereby amended and replaced, in its entirety, as follows:

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3

      Upon 30 days' notice to the Plaintiffs and Independent Reviewer, the State may move to terminate the Agreement and this Supplement earlier than December 31, 2023.

4. Section H.5 of the Supplement is hereby amended and replaced, in its entirety, as follows:

      Section M(2)(a)-(b) of the Agreement shall govern the termination of the Agreement and this Supplement and any party's objection to the termination of the Agreement and this Supplement except that references to the Independent Reviewer's "fifth and final report" are hereby amended to refer to the Independent Reviewer's "tenth and final report.

5. This Stipulation may be executed in counterparts, and each counterpart, when executed shall have the full efficacy of a signed original. Photocopies of such signed counterparts may be used in lieu of the originals for any purpose.

6. The undersigned representative of the Defendants certifies that he or she is authorized to enter into the terms and conditions of this Stipulation and to execute and bind legally such Defendants to this document.

7. Each undersigned representative of the Plaintiffs certifies that he or she is authorized to enter into the terms and conditions of this Stipulation and to execute and bind legally such Plaintiffs to this document.

Dated: May 10, 2021

For Plaintiff UNITED STATES OF AMERICA:

    MARK J. LESKO
    Acting United States Attorney
    Eastern District of New York

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

4

By: _____
Michael J. Goldberger
Assistant United States Attorney
271-A Cadman Plaza East
Brooklyn, NY 11215

REBECCA B. BOND
Chief
KATHLEEN P. WOLFE
Special Litigation Counsel
AMANDA MAISELS
Deputy Chief

By: _____
Jillian Lenson
Trial Attorney
Disability Rights Section
Civil Rights Division
150 M Street, N.E.
Washington, D.C. 20002

For the Plaintiff Class:

_____
Arianna Markel
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064


_____
Ruth Lowenkron
NEW YORK LAWYERS FOR THE PUBLIC INTEREST, INC.
151 West 30th Street, 11th floor
New York, NY 10001-4007


_____
Alison Lynch
DISABILITY RIGHTS NEW YORK
25 Chapel Street, Suite 1005
Brooklyn, NY 11201

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

4

By: _____
    Michael J. Goldberger
    Assistant United States Attorney
    271-A Cadman Plaza East
    Brooklyn, NY 11215

    REBECCA B. BOND
    Chief
    KATHLEEN P. WOLFE
    Special Litigation Counsel
    AMANDA MAISELS
    Deputy Chief

By: */s/ Jillian Lenson*
    Jillian Lenson
    Trial Attorney
    Disability Rights Section
    Civil Rights Division
    150 M Street, N.E.
    Washington, D.C. 20002

For the Plaintiff Class:

_____
Arianna Markel
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064

_____
Ruth Lowenkron
NEW YORK LAWYERS FOR
THE PUBLIC INTEREST, INC.
151 West 30th Street, 11th floor
New York, NY 10001-4007

_____
Alison Lynch
DISABILITY RIGHTS NEW YORK
25 Chapel Street, Suite 1005
Brooklyn, NY 11201

By: _____
    Michael J. Goldberger
    Assistant United States Attorney
    271-A Cadman Plaza East
    Brooklyn, NY 11215

    REBECCA B. BOND
    Chief
    KATHLEEN P. WOLFE
    Special Litigation Counsel
    AMANDA MAISELS
    Deputy Chief

By: _____
    Jillian Lenson
    Trial Attorney
    Disability Rights Section
    Civil Rights Division
    150 M Street, N.E.
    Washington, D.C. 20002

For the Plaintiff Class:

*/s/ Arianna Markel*
Arianna Markel
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064

_____
Ruth Lowenkron
NEW YORK LAWYERS FOR THE PUBLIC INTEREST, INC.
151 West 30th Street, 11th floor
New York, NY 10001-4007

_____
Alison Lynch
DISABILITY RIGHTS NEW YORK
25 Chapel Street, Suite 1005
Brooklyn, NY 11201

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

4

By: _____
    Michael J. Goldberger
    Assistant United States Attorney
    271-A Cadman Plaza East
    Brooklyn, NY 11215

    REBECCA B. BOND
    Chief
    KATHLEEN P. WOLFE
    Special Litigation Counsel
    AMANDA MAISELS
    Deputy Chief

By: _____
    Jillian Lenson
    Trial Attorney
    Disability Rights Section
    Civil Rights Division
    150 M Street, N.E.
    Washington, D.C. 20002

For the Plaintiff Class:

_____
Arianna Markel
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064

*/s/ Roberta Mueller*
Roberta Mueller
NEW YORK LAWYERS FOR THE PUBLIC INTEREST, INC.
151 West 30th Street, 11th floor
New York, NY 10001-4007

_____
Alison Lynch
DISABILITY RIGHTS NEW YORK
25 Chapel Street, Suite 1005
Brooklyn, NY 11201

By: _____
    Michael J. Goldberger
    Assistant United States Attorney
    271-A Cadman Plaza East
    Brooklyn, NY 11215

    REBECCA B. BOND
    Chief
    KATHLEEN P. WOLFE
    Special Litigation Counsel
    AMANDA MAISELS
    Deputy Chief

By: _____
    Jillian Lenson
    Trial Attorney
    Disability Rights Section
    Civil Rights Division
    150 M Street, N.E.
    Washington, D.C. 20002

For the Plaintiff Class:

_____
Arianna Markel
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064

_____
Ruth Lowenkron
NEW YORK LAWYERS FOR THE PUBLIC INTEREST, INC.
151 West 30th Street, 11th floor
New York, NY 10001-4007

*/s/ Alison Lynch*
Alison Lynch
DISABILITY RIGHTS NEW YORK
25 Chapel Street, Suite 1005
Brooklyn, NY 11201

_____
Ira A. Burnim
Jennifer Mathis
BAZELON CENTER FOR MENTAL
HEALTH LAW
1105 15th Street, N.W., Suite 1212
Washington, DC 20005

_/s/ Jota Borgmann_

Jota Borgmann
Tanya Kessler
Kevin Cremin
Tiffany Liston
MOBILIZATION FOR JUSTICE
299 Broadway, 4th floor
New York, NY 10007

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

5

---

Ira A. Burnim
Jennifer Mathis
BAZELON CENTER FOR MENTAL
HEALTH LAW
1105 15th Street, N.W., Suite 1212
Washington, DC 20005

---

Tiffany Liston
Kevin Cremin
Jota Borgmann
Tanya Kessler
MOBILIZATION FOR JUSTICE
299 Broadway, 4th floor
New York, NY 10007

For Defendants, STATE OF NEW YORK, ACTING COMMISSIONER KRISTIN M. WOODLOCK, THE NEW YORK STATE OFFICE OF MENTAL HEALTH, COMMISSIONER NIRAV R. SHAH, THE NEW YORK STATE DEPARTMENT OF HEALTH, and GOVERNOR ANDREW M. CUOMO:

*/s/ Robert L. Begleiter*

Robert L. Begleiter
Attorneys for Defendants
CONSTANTINE CANNON LLP
335 Madison Avenue
New York, NY 10017

SO ORDERED THIS
DAY OF MAY, 2021

_____
Hon. Nicholas G. Garaufis
United States District Judge

SO-ORDERED.
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: May 12, 2021