UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND O'TOOLE, ILONA SPIEGEL, and STEVEN FARRELL, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>ANDREW M. CUOMO, in his official capacity as Governor of the State of New York, NIRAV R. SHAH, in his official capacity as Commissioner of the New York State Department of Health, KRISTIN M. WOODLOCK, in her official capacity as Acting Commissioner of the New York State Office of Mental Health, THE NEW YORK STATE DEPARTMENT OF HEALTH, and THE NEW YORK STATE OFFICE OF MENTAL HEALTH,<br><br>     Defendants | Index No. 13-cv-4166 |

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that, upon the annexed declaration of Chantalle Hanna, and subject to the approval of the Court, Chantalle Hanna hereby withdraws as counsel for Plaintiffs Raymond O'Toole, Ilona Spiegel, and Steven Farrell, individually and on behalf of all others similarly situated (the "Plaintiff class") in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent the Plaintiff class in this proceeding.

Dated: New York, NY

  December 20, 2023

               PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

               */s/ Chantalle Hanna*
               Chantalle Hanna
               1285 Avenue of the Americas
               New York, NY  10019-6064
               Tel: (212) 373-3944
               Fax: (347) 287-6708
               channa@paulweiss.com

SO ORDERED:

_____
Honorable Nicholas G. Garaufis
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND O'TOOLE, ILONA SPIEGEL, and STEVEN FARRELL, individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>                  v.<br><br>ANDREW M. CUOMO, in his official capacity as Governor of the State of New York, NIRAV R. SHAH, in his official capacity as Commissioner of the New York State Department of Health, KRISTIN M. WOODLOCK, in her official capacity as Acting Commissioner of the New York State Office of Mental Health, THE NEW YORK STATE DEPARTMENT OF HEALTH, and THE NEW YORK STATE OFFICE OF MENTAL HEALTH,<br><br>                  Defendants | Index No. 13-cv-4166<br><br>**DECLARATION OF CHANTALLE HANNA** |

I, Chantalle Hanna, declare as follows:

    1.    I am an attorney at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Plaintiffs Raymond O'Toole, Ilona Spiegel, and Steven Farrell, individually and on behalf of all others similarly situated (the "Plaintiff class") in the above-captioned action. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I will be leaving the employ of Paul, Weiss.

    2.    Paul, Weiss will continue to represent the Plaintiff class in this matter.

    3.    My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2023
New York, NY

                                                                                        */s/ Chantalle Hanna*
                                                                                            Chantalle Hanna

## CERTIFICATE OF SERVICE

I, Chantalle Hanna, hereby certify that on December 20, 2023, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system and via Federal Express upon Ilona Spiegel and Steven Farrell.

December 20, 2023
New York, New York

/s/ *Chantalle Hanna*
Chantalle Hanna